AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Freeman, Debra C. | U.S. District Court | 05/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
500 Pearl Street
Room 1660
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Debra C. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Debra C. | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Ms. Carol Robinson | Gift Card for Clothing Store | $500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern University | Student Loan | J |
| 2. | Federal Direct Loan Program (unsubsidized) | Student Loan | K |
| 3. | Federal Direct Loan Program (unsubsidized) | Student Loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Debra C. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Chase Bank Account | A | Interest | J | T | | | | | |
| 2. | Chase Bank [redacted] operating account) | A | Interest | K | T | | | | | |
| 3. | Citibank Account | A | Interest | J | T | | | | | |
| 4. | Fidelity New York Tax Free Money Market | A | Dividend | K | T | | | | | |
| 5. | Fidelity Spartan US Treatury | A | Dividend | M | T | | | | | |
| 6. | Fidelity US Govenment Reserves, IRA | A | Dividend | J | T | | | | | |
| 7. | Fidelity Spartan Market Index | B | Dividend | M | T | | | | | |
| 8. | Fidelity Cash Reserves (rollover IRA) | A | Dividend | K | T | | | | | |
| 9. | Vanguard New York Tax Free Money Market | A | Dividend | K | T | | | | | |
| 10. | Treasury Direct Account 1 (various Treasury bills) | A | Interest | L | T | | | | | |
| 11. | Morely Stable Value Fund (IRA) | | None | N | T | | | | | |
| 12. | Schwab Institutional Large Cap Value Trust (IRA) | | None | L | T | | | | | |
| 13. | Janus Triton (IRA) | A | Dividend | | | Redeemed | 08/18/14 | K | C | |
| 14. | Schwab Small Cap Index | A | Dividend | K | T | Buy | 08/18/14 | K | | |
| 15. | Dodge and Cox International Stock (IRA) | A | Dividend | L | T | | | | | |
| 16. | Brokerage Account #1 Charles Schwab Money Market | A | Interest | K | T | | | | | |
| 17. | Brokerage Account #2 Charles Schwab Money Market (IRA) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hellenic Telecommunications (Common) (IRA) | | None | J | T | | | | | |
| 19. IShares EAFE Index (IRA) | A | Dividend | K | T | | | | | |
| 20. Swiss Helvetia Fund (IRA) | A | Dividend | J | T | | | | | |
| 21. Brokerage Account #3 Charles Schwab Money Market (IRA) | A | Interest | M | T | | | | | |
| 22. Liberty Media Class A (Common) (IRA) | | None | J | T | | | | | |
| 23. Liberty Broadband (Common) (IRA) | | None | J | T | Spinoff (from line 22) | 11/05/14 | J | | |
| 24. Liberty Media Class K (Common) (IRA) | | None | J | T | Spinoff (from line 22) | 11/05/14 | J | | |
| 25. Starz (Common) (IRA) | | None | J | T | | | | | |
| 26. General Electric (Common) (IRA) | B | Dividend | K | T | | | | | |
| 27. Spider Gold Trust (IRA) | | None | J | T | Buy (add'l) | 10/03/14 | J | | |
| 28. Brokerage Account #4 Charles Schwab Money Market Account | A | Interest | J | T | | | | | |
| 29. General Electric (Common) | B | Dividend | L | T | | | | | |
| 30. Pfizer (Common) | C | Dividend | M | T | | | | | |
| 31. Brokerage Account #5 Charles Schwab Money Market (IRA) | A | Interest | K | T | | | | | |
| 32. Comcast Class A (Common) (IRA) | A | Dividend | K | T | | | | | |
| 33. Merck (Common) (IRA) | A | Dividend | K | T | | | | | |
| 34. Mylan (Common) (IRA) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Debra C. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Account #6 Charles Schwab Money Market | A | Interest | J | T | | | | | |
| 36. Monsanto (Common) | A | Dividend | J | T | Sold (part) | 01/02/14 | J | B | |
| 37. Oakmark Fund | B | Dividend | K | T | | | | | |
| 38. Mutual Beacon Fund | B | Dividend | K | T | | | | | |
| 39. Mutual Discovery Fund | B | Dividend | L | T | | | | | |
| 40. New York Times Class A (Common) | A | Dividend | J | T | | | | | |
| 41. Calgon Carbon (Common) | A | Dividend | J | T | | | | | |
| 42. Walt Disney Company (Common) | A | Dividend | K | T | | | | | |
| 43. Con Edison (Common) | B | Dividend | K | T | | | | | |
| 44. NY Coll. Sav. Prog. Acc't #1 (Mod. Age-Based Income Porfol) | | None | K | T | Sold (part) | 10/23/14 | J | A | |
| 45. NY Coll. Sav. Prog. Acc't #2 (Mod. Age-Based Income Portfol) | | None | J | T | Sold (part) | 07/24/14 | J | A | |
| 46. US Savings Bonds, Series EE | A | Interest | K | T | | | | | |
| 47. Fidelity Municipal Income | A | Dividend | J | T | | | | | |
| 48. Fidelity New York Municipal Income | A | Dividend | J | T | | | | | |
| 49. Vanguard Global Equity Fund ( █████ IRA) | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 50. Vaguard Wellington Inv ( █████ IRA) | A | Dividend | K | T | Buy (add'l) | 04/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Debra C. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Debra C. Freeman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544